PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| MARK RICHARD WELLS, <br>     Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br>     Defendant. | Case No. 2:15-CV-02575-KJN <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Mark Richard Wells (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a 30-day extension of time to respond to Plaintiff's Motion For Summary Judgment. The current deadline is August 29, 2016 and the new deadline will be October 28, 2016. This is the first request for an extension of time in the above-captioned matter. Defense counsel requests this additional time to adequately assess and respond to the issues Plaintiff raises in his motion for summary judgment due to workload, which includes 20 dispositive briefs due prior to the requested deadline.

STIPULATION & PROPOSED ORDER          CASE NO. . 2:15-CV-02575-KJN

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 24, 2016          LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ *Brian Shapiro
BRIAN SHAPIRO
Attorneys for the Plaintiff
(*Authorized by email on August 24, 2016)

Dated: August 24, 2016          PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Sharon Lahey
SHARON LAHEY
Special Assistant United States Attorney
Attorney for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered. Defendant shall file her response to Plaintiff's motion for summary judgment on or before October 28, 2016. Any reply thereto shall be filed on or before November 11, 2016.

Dated: August 26, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE