UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RICHARD WELLS, | No. 2:15-cv-2575-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Mark Wells, represented by counsel, initially commenced this social security action in the Sacramento division of this district. (ECF No. 1.) However, upon closer review, the complaint alleges that plaintiff is a resident of Porterville, California, which is located in Tulare County. Thus, the action should have been commenced in the Fresno division of this district. See E.D. Cal. L.R. 120(d). As such, transfer of the action to the Fresno division is appropriate. E.D. Cal. L.R. 120(f).

Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the Fresno division of this district.

Dated: January 18, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1